FEBRUARY 1, 1954.

No. 468. JOST v. UNITED STATES. 

 *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the District Court of Appeal is reversed and the cause is remanded with instructions to proceed not inconsistent with the findings of fact and conclusions of law and recommendations of the Commissioner of Immigration and Naturalization, on confession of error by the Government. *Dean Acheson, W. Graham Claytor, Jr., Charles A. Horsky, A. L. Wirin* and *Fred Okrand* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Robert S. Erdahl* and *Beatrice Rosenberg* filed a memorandum for the United States, confessing error.

No. 505. GOVERNMENT AND CIVIC EMPLOYEES ORGANIZING COMMITTEE, CIO, ET AL. v. WINDSOR ET AL.

 *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK took no part in the consideration or decision of this case. *Arthur J. Goldberg* and *Thomas E. Harris* for appellants. *Si Garrett,* Attorney General of Alabama, *M. Roland Nachman, Jr.,* Assistant Attorney General, and *Jesse M. Williams* for appellees.